Dismissed and Memorandum Opinion filed December 23, 2004









Dismissed and Memorandum
Opinion filed December 23, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00402-CR

____________

 

HILTON ARMSTRONG, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

____________________________________________________

 

On Appeal from the 177th District Court 

Harris
County, Texas

Trial Court Cause No. 963,723

____________________________________________________

 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed December 23, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.

Do Not Publish C Tex.
R. App. P. 47.2(b).